AO 91 (rev.11/11) Criminal Complaint                    AUTHORIZED AND APPROVED DATE: T.Edgman 8/23/2025

# United States District Court
## for the

WESTERN _____ DISTRICT OF _____ OKLAHOMA _____

United States of America )
)
v. )
) Case No: M-25-503-STE
AUSTIN GARRETT REEVES, )
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about August 20, 2025, and August 23, 2025, in the county of McClain, in the Western District of Oklahoma, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1153 and 21 O.S. § 1435(B) | Burglary in the Third Degree |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |
| 18 U.S.C. §§ 1153 and 81 | Arson in Indian Country |

This criminal complaint is based on these facts:

See attached Affidavit of Task Force Officer, Christopher Grimes, Bureau of Alcohol, Tobacco, and Firearms, which is incorporated and made a part hereof by reference.

☒ Continued on the attached sheet.

_____
Complainant's signature

Christopher Grimes
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms,
and Explosives

Sworn to before me and signed in my presence.

Date: **Aug 23, 2025**

_____
Judge's signature

City and State: Lawton, Oklahoma

SHON T. ERWIN, U.S. Magistrate Judge
Printed name and title

## THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Christopher Grimes, a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being duly sworn, depose and state as follows:

## INTRODUCTION

1.     I have been employed as a TFO with ATF since October 2021. I am assigned to the ATF through the Oklahoma City Police Department ("OCPD") while working as a Detective in the Violent Crimes Unit. Since joining the OCPD, I have been involved in investigations of violent crimes and crimes involving firearms. I have gained expertise in conducting such investigations through in-person trainings, classes, and everyday work in my current role as a detective and as a TFO.

2.     As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

3.     This affidavit is presented for the limited purpose of seeking a federal complaint and arrest warrant for, **Austin Garrett REEVES,** a male with **DOB XX/XX/1997** and social security number XXX-XX-1869. As shown below, there is probable cause to believe **REEVES** committed the crimes of Burglary in the Third Degree, in violation of 18 U.S.C. § 1153 and 21 O.S. § 1435(B), Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), and Arson in Indian Country, in violation of 18 U.S.C. §§ 1153 and 81.

1

## FACTS SUPPORTING PROBABLE CAUSE:

4.       In the early hours of August 21, 2025, an officer with the Chickasaw Nation Lighthorse Police Department was dispatched to a residence address in Newcastle, Oklahoma, in McClain County, in the Western District of Oklahoma, and within the boundaries of the Chickasaw Nation, in response to a burglary of an automobile. The calling party reported someone broke into their vehicle.

5.       While conducting the investigation, officers noticed a man wearing a camouflage jacket hiding behind a tree. The man successfully fled the scene. Officers also noticed a white Ford Excursion being driven by a white female who appeared to be looking around for someone. The driver circled the block once more before leaving. Officers took note of the vehicle.

6.       In the early hours of August 22, 2025, members of the McClain County Sherrif's Office ("MCSO") along with the Chickasaw Nation Lighthorse Police Department ("LHPD"), responded to a residence in Washington, Oklahoma, in McClain County, in the Western District of Oklahoma, and within the boundaries of the Chickasaw Nation, to investigate an active auto burglary incident where a firearm was stolen.

7.       Upon their arrival, the victim ("VI") was identified as a MCSO Deputy. The victim stated he discovered his personal vehicle had been broken into and his firearm, identified as a Smith and Wesson M&P Shield 9 mm handgun bearing serial number HZY0857, was taken. The personal vehicle was parked next to his marked McClain County patrol vehicle in the driveway of the residence.

2

8.    MCSO deputies and LHPD officers located **REEVES** at a nearby residence as **REEVES** was attempting to hide under the outdoor pool decking in the backyard of the residence. Deputies noted, while searching for **REEVES**, they located the same white Ford Excursion that they had seen in Newcastle the day before. The Ford Excursion belonged to **REEVES** and was parked in front of a residence in the neighborhood.

9.    While on scene, another individual approached the officers and advised his vehicle was also broken into on or about August 20, 2025. Various items were stolen from his vehicle, including a camouflage jacket. After reviewing surveillance footage, the same white Ford Excursion was also seen near his home in the early morning hours on the 20th.

10.    Based on the above circumstances, **REEVES** was placed under arrest and his Ford Excursion was impounded. During an inventory search of the Ford Excursion, Deputies located the VI's stolen firearm as well as various items taken during the August 20, 2025, burglary.

11.    **REEVES** was found to be a citizen of the Cherokee Nation. **REEVES** was arrested by the LHPD for Auto Burglary and Possession of a Firearm by a Felon and transported to the Grady County Jail for his felony tribal charges. **REEVES** was released later the same day.

12.    On August 23, 2025, at approximately 0200 hours, Law Enforcement Officers were called to VI's residence again about a large residential fire. During the incident, video evidence footage was obtained that showed the suspect using a large gas

3

can to ignite VI's personal and McClain County patrol vehicles. The accelerant used also spread into VI's attached garage, causing the residence to ignite. The video evidence shows the suspect running away after the fire was ignited. Additionally, the video evidence shows the suspect setting himself on fire due to the fire following the gasoline trail as he fled east bound toward Washington Public Schools (WPS) property. MCSO deputies were able to obtain WPS footage of the suspects' vehicle and identified it as a small blue car.

13.    Law Enforcement learned **REEVES** was released from the Grady County Jail on the afternoon of August 22, 2025, at approximately 1700 hours. Law Enforcement checked **REEVES** registered address at 710 Flaming Oaks Drive, in Norman, Oklahoma, and found the suspect vehicle used in the Arson parked in the driveway. A traffic stop was conducted on a vehicle that left the residence and the driver was interviewed. The driver identified herself as **REEVES'** girlfriend and she confirmed **REEVES** was driving the small blue car after the Ford Excursion was impounded. The driver further confirmed the residence belonged to **REEVES**.

14.    A state search warrant was obtained for **REEVES'** residence and contact was made. After a standoff, **REEVES** exited his home and surrendered to Law Enforcement. Officers noted he had a large burn to his left rib area that matched the evidence footage of the suspect setting himself on fire during the Arson.

15.    The search warrant was executed after **REEVES** was in custody and numerous items of evidence related to Arson were found. Upon opening the suspects' vehicle, which was parked in the driveway **REEVES'** residence, a strong odor of raw

4

gasoline was found coming from the trunk area. Additionally, a pair of boots located inside the residence were found to have raw gasoline on them which was believed to be from the arson.

16.     I queried the criminal history of **REEVES** and confirmed he was a convicted felon from Cleveland County District Court under CF-2021-1175.

17.     ATF Resident Agent in Charge Brenden Taylor, being an ATF Firearms Interstate Nexus Expert, reviewed the Smith and Wesson M&P Shield, 9 mm handgun, bearing serial number HZY0857. It was his opinion that firearm was not manufactured in the state of Oklahoma and therefore crossed state lines to reach the state of Oklahoma, thereby affecting interstate commerce.

18.     Special Agent Oubre is an ATF Certified Fire Investigator (SACFI) with special education and training related to fire science and fire origin and cause investigations. It is SACFI Oubre's opinion that after examination of the fire scene as well as the surveillance video that the fire was incendiary.

19.    Based upon the aforementioned facts and circumstances, I believe that probable cause exists that between on or about August 20, 2025, and August 23, 2025, in McClain County Oklahoma, in the Western District of Oklahoma, and within the boundaries of the Chickasaw Nation, **Austin Garrett REEVES,** committed the crimes of Burglary in the Third Degree, in violation of 18 U.S.C. § 1153 and 21 O.S. § 1435(B), Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), and Arson in Indian Country, in violation of 18 U.S.C. §§ 1153 and 81.

Christopher Grimes
Task Force Officer (TFO)
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me this 23rd day of August 2025.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

6