# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ✔   USAO No.:_____   Case No.:_____

Charging Document: **Complaint**_____   No. of Defendants: _1_   Total No. of Counts: _3_   Sealed: Y ☐

Forfeiture: Y ☐   OCDETF: Y ☐   McGirt: Y ✔   Warrant ✔   Summons ☐   Notice ☐   N ✔
　　　　N ✔　　　　　N ✔　　　　　N ☐   Companion Case No. (if any):_____

**DEFENDANT INFORMATION:**　　　　　　　　　　　　　　　　By:_____

| Name: **AUSTIN GARRETT REEVES** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX/XX/1997    SSN: XXX-XX-1869 | Race: American Indian    Interpreter: Y ☐    N ✔ |
| Sex:    M ✔    F ☐    Juvenile:   Y ☐    N ✔ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**　　　**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| Not in Custody ☐    ✔ Detention Requested | Complaint:    Y ☐    N ☐ |
|---|---|
| ☐ Type of Bond:_____ | Magistrate Judge Case No.: MJ- |
| ✔ In Custody at: Grady County Jail | |
| Inmate/Prisoner/Register No.:_____ | Previously Detained:   Y ☐    N ☐ |

**ATTORNEY/AGENCY INFORMATION:**

| ☐ Public Defender | Name:_____ | AUSA: EDGMON |
|---|---|---|
| ☐ CJA Panel | Address:_____ | Agent /Agency: ATF / GRIMES |
| ☐ Retained | Phone:_____ | Local Officer/Agency:_____ |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1153<br>21 O.S. § 1435(B) | Burglary in the Third Degree | NMT 5 years' imprisonment, NMT $5,000 fine, O/B; S/R NMT 3 years; $100 S/A |
| 2 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | NMT 15 years' imprisonment, NMT $250,000 fine, O/B; S/R NMT 3 years; $100 S/A |
| 3 | 18 U.S.C. § 1153<br>18 U.S.C. § 81 | Arson in Indian Country | NMT Life imprisonment, NMT $250,000 fine, O/B; S/R NMT 5 years; $100 S/A |

**Signature of AUSA:** Tiffany Edgmon　　　　　　**Date:** 08/23/2025

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Name:  **AUSTIN GARRETT REEVES**

### CHARGING DETAILS (cont'd)

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|----------|--------------------|--------------------|---------|

Signature of AUSA:  Tiffany Edgmon          Date: 08/23/2025

**INITIAL APPEARANCE OR ARRAIGNMENT**:   (For *Plea Proceedings*, See Below)

DATE: _____        JUDGE: _____        REPORTER: _____

DEFENDANT:
_____ RECEIVED COPY
OF CHARGES
_____ ADVISED OF
CHARGES/PENALTY

PLEADS:
_____ GUILTY
_____ NOT GUILTY
_____ NOLO
CONTENDERE

BOND IN AMOUNT OF:
_____
OR
_____ DETAINED

**CUSTODY LOCATION**:
_____ LOCAL JAIL
_____ FCI-EL RENO
_____ FDC-HINTON

CASE SET FOR TRIAL: _____

DISCOVERY DATE: _____

JOINT STATEMENT: _____

PT MOTIONS DUE: _____

RESPONSES ON: _____

**CHANGE IN DETENTION STATUS:**  (List Dates)
_____ CONTEMPT OF COURT               _____ WAITING PRELIMINARY HEARING
_____ PROTECTIVE CUSTODY              _____ WAITING PRETRIAL CONFERENCE
_____ WAITING ARRAIGNMENT             _____ WAITING SENTENCE
_____ WAITING BAIL                    _____ WAITING TRANSFER
                                           _____ WAITING TRIAL

**SUPERSEDING INFORMATION**:   FILED ON: _____   VIOLATION: _____

PENALTY: _____
_____

**PLEA PROCEEDINGS:**

_____ **WAIVE & FILE**

OR

_____ **CHANGE OF PLEA**

PLEADS:  _____ GUILTY

_____ NOLO CONTENDERE

DATE SPECIAL ASSESSMENT PREPAID: _____

DATE: _____        JUDGE: _____        REPORTER: _____

COURT INQUIRES:         ___ VOLUNTARINESS;      ___ PLEA BARGAIN;      ___ FACTUAL

_____ WAIVER OF RIGHTS
_____ RIGHT TO PLEAD NOT GUILTY AND PERSIST IN PLEA
_____ RIGHT AT TRIAL TO ATTORNEY
_____ RIGHT TO COMPULSORY ATTENDANCE OF WITNESSES
_____ PROOF BEYOND A REASONABLE DOUBT BY
GOVERNMENT
_____ WAIVER OF RIGHT TO TRIAL AND NO FURTHER TRIAL
_____ MAY BE QUESTIONED UNDER OATH AND LATER
SUBJECTED TO PERJURY PROSECUTION
_____ WAIVER OF RIGHT TO APPEAL OR COLLATERALLY CHALLENGE

_____ RIGHT TO GRAND JURY (Information Only)
_____ RIGHT TO JURY TRIAL
_____ RIGHT TO CONFRONT AND CROSS-EXAMINE WITNESSES
_____ RIGHT NOT TO BE COMPELLED TO INCRIMINATE
ONESELF
_____ RIGHT TO UNANIMOUS VERDICT
_____ COMPETENCY
_____ POSSIBILITY OF RESTITUTION
_____ EFFECT OF USSG
_____ ANY APPLICABLE FORFEITURE

**COURT ACCEPTS PLEA:**      _____ TO COUNT(S) _____ & ASSIGNS TO PROBATION OFFICE.
COUNT(S) _____ TO BE DISMISSED AT SENTENCING.

**HEARINGS ON MOTIONS** (*INCLUDING BAIL*)

**DATE:**      **HEARING:**              **RESULT:** _____

_____

_____

_____

_____

_____

**TRIAL:**

DATE(S): _____ JUDGE: _____ JURY: _____ NON-JURY: _____ REPORTER: _____

| VERDICT: | _____ | **GUILTY ON COUNT(S)** | _____ |
| | _____ | **NOT GUILTY ON COUNT(S)** | _____ |
| | _____ | **HUNG JURY ON COUNT(S)** | _____ |

**RETRIAL:**

DATE(S): _____ JUDGE: _____ JURY: _____ NON-JURY: _____ REPORTER: _____

| VERDICT: | _____ | **GUILTY ON COUNT(S)** | _____ |
| | _____ | **NOT GUILTY ON COUNT(S)** | _____ |
| | _____ | **HUNG JURY ON COUNT(S)** | _____ |

**SENTENCING:**

DATE(S): _____ JUDGE: _____ REPORTER: _____ DEF. READS PSI REPORT _____

STATEMENTS MADE: _____ Defendant; _____ Attorney; _____ AUSA; _____ Other

**SENTENCE:** _____

_____

_____

_____

**FORFEITURE:** _____

_____ **ORALLY ANNOUNCED:** _____ YES

**SPECIAL ASSESSMENT:** IN AMOUNT OF $_____ PER COUNT(S) _____ ; TOTAL AMOUNT $_____

**FINE:** _____ COMMITTED? _____ PAID? _____ DATE: _____

**RESTITUTION:** _____

_____

_____

_____

NOTIFIED OF RIGHT TO APPEAL: _____ YES

INSTITUTION RECOMMENDATION? _____

APPEAL BOND? _____  |  AMOUNT OF BOND: _____

(Revised 06/06/00)