## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No.  MJ-25-503-STE** |
| | ) | |
| **AUSTIN GARRETT REEVES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

The President of the United States to the United States Marshal for the Western District of Oklahoma or any other United States Marshal, or any other law enforcement officer, and the Warden or Superintendent of the Grady County Detention Center:

GREETINGS: You are hereby commanded to proceed to the Grady County Detention Center, Chickasha, Oklahoma, and there take and receive Austin Garrett Reeves, Inmate Number 1000022184, and keep the defendant in your custody and bring the defendant before the United States District Court for the Western District of Oklahoma, forthwith, for arraignment, hearings, and subsequent disposition of charges necessary in the above-entitled case, and following the conclusion of the proceedings and final disposition of charges in the above-entitled case, then return the defendant to the custody of the Grady County Detention Center, Chickasha, Oklahoma.

DATED this 25th day of August, 2025.

JOAN KANE
Clerk of the United States District Court for
the Western District of Oklahoma

By _____
Deputy