# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
)
VS. )
)
) Case Number: MJ-25-503-STE
)
)
Austin Garrett Reeves )
Defendant )
)

## WAIVER OF DETENTION HEARING AND CONSENT TO ORDER OF DETENTION PENDING FURTHER PROCEEDINGS

After being advised in open court of his/her right to a detention hearing pursuant to 18 U.S.C. § 3142(f) and after consulting with his/her attorney concerning said hearing, the above named defendant hereby waives his/her right to a detention hearing and consents to the entry of an Order of Detention Pending Further Proceedings.

At the request of the defendant and upon a finding by a judicial officer that information exists that was not known to the movant at this time and that has a material bearing on the issues of whether there are conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community, the judicial officer will conduct a detention hearing pursuant to 18 U.S.C. § 3142(f).

_____         8/29/25
Defendant                          Date

_____  Kyle Wackenheim for
Attorney for Defendant     Traci Rhone

## ORDER OF DETENTION

The defendant is hereby ordered detained pending further proceedings and is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

Friday, August 29, 2025
Date

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

SR-03-2020