# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>vs.<br><br>**AUSTIN GARRETT REEVES** | **NOTICE OF HEARING**<br><br>**CASE NO. MJ-25-503-STE** |

**IN CUSTODY:** USMS #
**Interpreter:** N/A

TYPE OF CASE:
☐  CIVIL      ☒  CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | **Courtroom No. 401** |
| | DATE AND TIME: |
| | **Thursday, September 4, 2025, at 2:00 p.m.** |

TYPE OF PROCEEDING:

**PRELIMINARY HEARING**

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | | |

**SUZANNE MITCHELL**
U.S. MAGISTRATE JUDGE

**September 2, 2025**                                    **s/Lesa Boles**
Date                                                                 (By) Deputy Clerk