11851774
2564-0825-1272-J

AO 442 (Rev. 11/11) Arrest Warrant

Certified Copy
M-25-503-STE; WARRANT

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

6:22 pm, Aug 23, 2025
Joan Kane, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| AUSTIN GARRETT REEVES | ) Case No. | M-25- 503-STE |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**ARREST WARRANT**

**RECEIVED AUG 25 2025 U.S. MARSHALS W/OK**

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* AUSTIN GARRETT REEVES                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Burglary in the Third Degree in violation of 18 U.S.C. § 1153 and 21 O.S. § 1435(B)
Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1)
Arson in Indian Country in violation of 18 U.S.C. §§ 1153 and 81

Date: 08/23/2025

*Shon T. Erwin*
Issuing officer's signature

City and state: Lawton, OK [redacted]

SHON T. ERWIN, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: ARRESTED ON: 08/29/2025
WITHIN THE  W  DISTRICT OF  OK
BY: Writ

Arresting officer's signature

Printed name and title