# CRIMINAL COURTROOM MINUTE SHEET
## PRELIMINARY / DETENTION HEARING

**DATE:** Sep 4, 2025　　　　　　　　　　　　　　　　　　　　　　　**CASE:** MJ-25-503-STE

**Start Time:** 2:03 p.m.　　**End Time:** 2:47 p.m.　　　　　　　　　**COURTROOM:** 401

**MAGISTRATE JUDGE SUZANNE MITCHELL**　　　　　　　**COURTROOM DEPUTY LESA BOLES**

**UNITED STATES OF AMERICA vs.** Austin Garrett Reeves

Defendant States true and correct name as: _____　　**AGE:** ____

**Government Cnsl:** Tiffany Edgmon　　　　**Defendant Cnsl:** Traci Rhone

**U.S. Probation Officer:** _____　　　　　　　　　　Public Defender

☒ Defendant Appears, custody of U.S. Marshal with Counsel　　**Interpreter:** _____

☐ Defendant advised of his / her right of consular notification, _____

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☐ Parties announce ready.　☐ Parties provided with a _____

## PRELIMINARY HEARING

☐ Preliminary hearing waived. Waiver entered.

☒ Government introduces evidence with testimony of __1__ witness(es) and rests.　　**WITNESSES**

☐ Defendant introduces evidence with testimony of ____ witness(es) and rests.　　1. Christopher Grimes, OCPD/ATF TFO

☐ Government　☒ Defendant rest(s) without introducing evidence.　　2. _____

☐ Government　☐ Defendant proffer(s) evidence and rests.　　3. _____

☒ The Court finds probable cause that an offense has been committed and that the defendant committed it. Defendant to be held for further proceedings in the District Court.

☐ The Court does not find probable cause that an offense has been committed. Defendant released.

## DETENTION HEARING

☐ Government and Defendant make opening statement.

☐ Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.

　☐ Government introduces evidence with testimony of ____ witness(es) and rests.

　☐ Defendant introduces evidence with testimony of ____ witness(es) and rests.

　☐ Government　☐ Defendant offer(s) no further evidence other than that presented for the Preliminary hearing.

　☐ Government　☐ Defendant rest(s) without introducing evidence.

　☐ Government　☐ Defendant proffer(s) evidence and rests.

　☐ Government　☐ Defendant make(s) closing statements.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☐ Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of U.S. Marshal.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☒ Defendant remanded to the custody of U.S. Marshal.