11851774
2564-0825-1272-J
Case 5:25-mj-00503-STE   Document 18   Filed 09/11/25   Page 1 of 1
Certified Copy
M-25-503-STE; WARRANT
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma



6:22 pm, Aug 23, 2025
Joan Kane, Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| AUSTIN GARRETT REEVES | ) Case No. M-25- 503-STE |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**RECEIVED AUG 25 2025 U.S. MARSHALS W/OK**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* AUSTIN GARRETT REEVES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Burglary in the Third Degree in violation of 18 U.S.C. § 1153 and 21 O.S. § 1435(B)
Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1)
Arson in Indian Country in violation of 18 U.S.C. §§ 1153 and 81

Date: 08/23/2025

*Issuing officer's signature:* Shon T. Erwin

City and state: Lawton, OK [redacted]

SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: ARRESTED ON: 08/29/2025
WITHIN THE W DISTRICT OF OK
BY: Writ

*Arresting officer's signature*

*Printed name and title*